UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Angelena Joyce**

                **Plaintiff,**          CASE NUMBER: 12-10577
                                            HONORABLE VICTORIA A. ROBERTS
**v.**                                                  MAG. JUDGE PAUL KOMIVES

**Fannie Mae, et al,**

                **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 6, 2012, Magistrate Judge Komives issued a Report and Recommendation [Doc.17], recommending that the Court deny defendants' motions as moot, and remand this matter to state court, pursuant to 28 U.S.C. § 1447(c). Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation. The Court lacks subject matter jurisdiction over plaintiff's complaint pursuant to the *Rooker-Feldman* doctrine. This matter is remanded to Wayne County Circuit Court. Defendants' motions are denied as moot.

      **IT IS ORDERED**.

                                                    /s/ Victoria A. Roberts
                                                    Victoria A. Roberts
                                                    United States District Judge

Dated: August 13, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 13, 2012.

S/Linda Vertriest
Deputy Clerk